■ THERESA A. PORDUM, Appellant, v FRANCIS J. PORDUM, Respondent. THERESA A. PORDUM, Appellant, v SIEGEL, KELLEHER & KAHN, Respondent. (Appeal No. 3.) [670 NYS2d 651] —Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Doyle, J. (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Recusal.) Present— Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.